**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-1713**

───────────────

JULIO R. WASHINGTON,

Plaintiff - Appellant,

versus

HAMPTON ROADS SHIPPING ASSOCIATION; ILA LOCAL
1248; ILA LOCAL 970; ILA SENIORITY BOARD;
MANAGEMENT/ILA SENIORITY COMMITTEE; HAMPTON
ROADS SHIPPING ASSOCIATION/ILA CONTRACT BOARD;
HAMPTON ROADS DISTRICT COUNCIL LOCAL INDUSTRY
GRIEVANCE COMMITTEE,

Defendants - Appellees,

LEE BOOTHBY,

Movant.

───────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (CA-01-880-2)

───────────────

Submitted:  January 27, 2003        Decided:  March 12, 2003

───────────────

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Thomas R. Knoll, Sr., Staunton, Virginia; Lee Boothby, Washington, D.C., for Appellant.   Dean T. Buckius, Christopher Ambrosio, VANDEVENTER BLACK, L.L.P., Norfolk, Virginia; Deborah C. Waters, RUTTER, WALSH, MILLS, & RUTTER, L.L.P., Norfolk, Virginia; Charles S. Montagna, MONTAGNA, BREIT, KLEIN, CAMDEN, L.L.P., Norfolk, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Julio Washington appeals the district court's judgment granting summary judgment to the defendants and dismissing his employment discrimination complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Washington v. Hampton Roads, CA-01-880-2 (E.D. Va. May 31, 2002).  Having granted the motion to submit the case on briefs, we dispense with oral argument because the facts and legal conclusions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2